**DISMISS, and Opinion Filed April 6, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00344-CV

**JENNIFER R. BARNES, Appellant**
**V.**
**KATHERINE A. KINSER, JONATHAN J. BATES, KINSER & BATES, LLP, PEZZULI KINSER, LLP, AND MICHAEL P. PEZZULI, Appellees**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-05548**

## MEMORANDUM OPINION

Before Justices Myers, Evans, and Brown
Opinion by Justice Brown

In a letter dated March 30, 2015, the Court questioned its jurisdiction over this appeal from an order granting a motion to compel arbitration. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 171.098(a) (West 2011). In response, appellant has filed an unopposed motion to dismiss the appeal. Appellant has informed the Court that she no longer desires to pursue the appeal. Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Dismissal of this appeal does not preclude appellant from appealing any subsequently entered appealable orders.

/Ada Brown/

ADA BROWN

150344F.P05

JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JENNIFER R. BARNES, Appellant

No. 05-15-00344-CV      V.

KATHERINE A. KINSER, JONATHAN J. BATES, KINSER & BATES, LLP, PEZZULI KINSER, LLP, AND MICHAEL P. PEZZULI, Appellees

On Appeal from the 116th Judicial District Court, Dallas County, Texas.
Trial Court Cause No. DC-14-05548.
Opinion delivered by Justice Brown.
Justices Myers and Evans, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees KATHERINE A. KINSER, JONATHAN J. BATES, KINSER & BATES, LLP, PEZZULI KINSER, LLP, AND MICHAEL P. PEZZULI recover their costs of this appeal from appellant JENNIFER R. BARNES.

Judgment entered this 6th day of April, 2015.